**Dismissed; Opinion Filed January 16, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01459-CV

**JITENDRA RAJPAL, RAM DASWANI, SR SQUARED LLC, AND SHOE SHIELDS LLC, Appellants**
**V.**
**PAUL SIRAGUSA, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-01822-2017**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Schenck
Opinion by Justice Myers

Before the Court is appellants' December 28, 2017 motion to dismiss the appeal.

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and dismiss this

appeal. TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
JUSTICE

171459F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JITENDRA RAJPAL, RAM DASWANI, SR SQUARED LLC, AND SHOE SHIELDS LLC, Appellants

No. 05-17-01459-CV     V.

PAUL SIRAGUSA, Appellee

On Appeal from the 416th Judicial District Court, Collin County, Texas
Trial Court Cause No. 416-01822-2017.
Opinion delivered by Justice Myers.
Justices Bridges and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

It is **ORDERED** that appellee Paul Siragusa recover his costs, if any, of this appeal from appellants Jitendra Rajpal, Ram Daswani, SR Squared LLC, and Shoe Shields LLC.

Judgment entered this 16th day of January, 2018.